IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Bonita Thomas,  Case No: 2:18-cv-1719

    Plaintiff,  Judge Graham

v.  Magistrate Judge Jolson

Fluor-BWXT Portsmouth, LLC.,

    Defendant.

### Order adopting Report and Recommendation

On July 31, 2020, the Magistrate Judge issued a Report and Recommendation (doc. 29) finding that defendant's motion to dismiss for want of prosecution should be granted. Plaintiff has not objected to the Report and Recommendation.

The Court hereby adopts the Report and Recommendation and for the reasons stated therein, defendant's motion to dismiss for want of prosecution (doc. 25) is granted. Plaintiff's claims are dismissed in their entirety. Defendant's counterclaims are dismissed without prejudice.

    s/ James L. Graham
    JAMES L. GRAHAM
    United States District Judge

DATE: August 26, 2020